## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02209-REB-MJW | FTR - Courtroom A-502 |
| **Date:** January 16, 2009 | Courtroom Deputy, Ellen E. Miller |
| TROY A. SHORT, #134487 | Pro Se |
| Plaintiff(s), | |
| v. | |
| A. J. TRUJILLO, CORY BURKET, and JAMES MAESTAS, | Christopher W. Alber |
| Defendant(s). | |

### COURTROOM MINUTES / MINUTE ORDER

**HEARING:** TELEVIDEO EVIDENTIARY HEARING
**Court in Session:** 9:00 a.m.
Court calls case. *Pro Se* Plaintiff appears by televideo conference, defense counsel appears in court.

Discussion is held regarding Plaintiff's Request For Trial By Jury. With no objection from Defendants,

**It is ORDERED:** Plaintiff's REQUEST FOR TRIAL BY JURY [Docket No. 17, Filed December 01, 2008] is **GRANTED** for reasons as set forth on the record. A jury trial may be held on the underlying claims brought within the Complaint.

**It is ORDERED:** Plaintiff's MOTION FOR COURT ORDER TO ADD MR. ARISTEDES W. ZAVARAS AS a DEFENDANT IN THIS INSTANT 1983 CIVIL RIGHTS COMPLAINT AND FOR COURT ORDER ALLOWING DEFENDANT(S) TO BE SUED IN THIER [sic] INDIVIDUAL CAPACITY, AND FOR PROMPT EVIDENTIARY HEARING FOR THE PURPOSE OF ISSUING A TEMPORARY INJUNCTION. [Docket No. **31**, Filed January 05, 2009] is **GRANTED IN PART and DENIED IN PART.**

The Motion is granted in that the Amended Complaint is accepted for filing as of today and ARISTEDES W. ZAVARAS is added as a defendant in this civil action.
The Motion is denied in that the hearing on the Motion for TRO is being held this morning.

*08-cv-02209-REB-MJw*
*Televideo Evidentiary Hearing*
*January 16, 2009*

Discussion is held regarding Plaintiff's Motion to Resubmit Evidentiary Material. With no objection from Defendants,

**It is ORDERED:** Plaintiff's MOTION TO RESUBMIT EVIDENTIARY MATERIAL [Docket No. 34, Filed January 14, 2009] is **GRANTED** only for use in the Evidentiary Hearing being held this morning. The Motion is denied without prejudice as to the trial on the merits. Plaintiff may file a motion prior to trial, if a trial is necessary.
Plaintiff's four (4) pages of "Colorado Department of Corrections Offender Grievance Form" (as a part of docket no. 34) are marked and admitted into evidence as one exhibit as PLAINTIFF'S EXHIBIT 1.


The Court raises Plaintiff's Motion for a Temporary Restraining Order for argument.

| Time | Event |
|---|---|
| 9:12 a.m. | Plaintiff witness TROY ALLEN SHORT, Plaintiff is sworn and testifies. |
| 9:24 a.m. | Cross examination by Mr. Alper |
| 9:29 a.m. | Plaintiff witness MARION M. DUCKWORTH is sworn and testifies. |
| 9:32 a.m. | Cross examination by Mr. Alper. |
| 9:32 a.m. | Marion Duckworth is excused. |
| 9:33 a.m. | Plaintiff witness CLOVIS CARL GREEN, JR. Is sworn and testifies. |
| 9:36 a.m. | Cross examination by Mr. Alper |
| 9:39 a.m. | Clovis Green is excused. |
| 9:39 a.m. | Plaintiff witness GARY D. EVERETT, II is sworn and testifies. |
| 9:48 a.m. | Cross examination by Mr. Alper |
| 9:50 a.m. | Gary Everett is excused. |
| 9:50 a.m. | Plaintiff witness MICHAEL ADAM STOUT is sworn and testifies. |
| 9:53 a.m. | No cross examination by Mr. Alper |
| 9:53 a.m. | Michael Stout is excused. |
| 9:53 a.m. | Plaintiff witness BENNIE PADILLA is sworn and testifies. |
| 9:57 a.m. | Cross examination by Mr. Alper |
| 9:58 a.m. | Bennie Padilla is excused. |
| 9:58 a.m. | Plaintiff witness ROBERT LEE BELLM is sworn and testifies. |
| **10:03 a.m.** | Video connection is lost. Court goes off the record. |
| **10:06 a.m.** | Video connection is re-established. Court is back on the record. |
| 10:06 a.m. | Direct examination of Robert Bellm by Mr. Short resumes. |

| | |
|---|---|
| 10:11 a.m. | Cross examination of Robert Lee Bellm by Mr. Alper |
| 10:13 a.m. | Robert Bellm is excused. |

10:14 a.m.     Plaintiff witness     DAVID L.  HOSTETLER is sworn and testifies.
No examination by Mr. Alper.
10:18 a.m.     David Hostetler is excused.

10:18 a.m.     Plaintiff witness     TOMMY J.  VANHOOSE   is sworn and testifies.
10:22 a.m.     Cross examination by Mr. Alper
10:22 a.m.     Re-direct by Mr. Short.
10:25 a.m.     Tommy Vanhoose is excused.

**10:26 a.m.**     Plaintiff rests.

10:26 a.m.     Defense witness     JAMES MAESTAS is sworn and testifies.
10:33 a.m.     Cross examination by Mr. Short.
10:37 a.m.     James Maestas is excused.

10:37 a.m.     Defense witness     ALBERT JAMES TRUJILLO   is sworn and testifies.
10:43 a.m.     Cross examination by Mr. Short.
10:44 a.m.     Albert Trujillo is excused.

10:45 a.m.     Defense witness     CORY BURKET   is sworn and testifies.
10:49 a.m.     Cross examination by Mr. Short.
10:51 a.m.     Re-direct by Mr. Alper.
10:55 a.m.     Re-cross by Mr. Short.
10:56 a.m.     Cory Burket is excused.

**10:56 a.m.**     Defendants rest.

10:56 a.m.     Closing argument by Mr. Short.
11:03 a.m.     Closing argument by Mr.  Alper.

**It is ORDERED:**     Plaintiff's   MOTION FOR A TEMPORARY RESTRAINING ORDER [Docket No.  **20**, Filed December 01, 2008]   is **TAKEN   UNDER   ADVISEMENT.**  The court will issue its written recommendation.

Hearing concluded.   **Court in recess:**    11:13 a.m.       Total In-Court Time 02: 13
To order  a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.

*Attachments:  Plaintiff's   EXHIIBIT 1*
*                 Plaintiff's   LIST OF WITNESSES*