IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02209-REB-MJW

TROY A. SHORT,

Plaintiff,

v.

CAPTAIN A. J. TRUJILLO, et al

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 26 2009

GREGORY C. LANGHAM
                    CLERK

---

**ORDER DIRECTING SERVICE UPON DEFENDANT ARISTEDES W. ZAVARAS**

---

**Entered by U.S. Magistrate Judge Michael J. Watanabe**

During a hearing on January 16, 2009 (see Docket No. 42 - Courtroom Minutes/Minute Order), this court granted plaintiff's Motion for Court Order to Add Mr. Aristedes W. Zavaras as a Defendant in this Instant 1983 Civil Rights Complaint (Docket No. 31). It is thus hereby

ORDERED that if appropriate, the Clerk shall attempt to obtain a waiver of service from defendant Zavaras. If unable to do so, the United States Marshal shall serve a copy of the Prisoner Complaint and summons upon defendant Zavaras. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is further

ORDERED that defendant Zavaras or his counsel shall respond to the Prisoner Complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Date: January 26, 2009
      Denver, Colorado

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02209-REB-MJW

Troy A. Short
Prisoner No. 134487
Fort Lyont Corr. Facility
PO Box 1000
Fort Lyon, CO 81038

Aristedes W. Zavaras – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Chris W. Alber
Assistant Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras; COMPLAINT FILED 10/10/08, MOTION FILED 1/5/09, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/26/09 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk