IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02209-REB-MJW

TROY A.  SHORT,

Plaintiff,

v.

CAPTAIN A.  J.  TRUJILLO, et al

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

      It is hereby **ORDERED** that plaintiff's Motion for Court Order to Compel Defendant's to Produce Discovery or in the Alternative for Preliminary Scheduling Conference (Docket No. 61) is denied.  A Rule 16 Scheduling Conference will be set if necessary following a ruling on the pending Motion to Dismiss (Docket No. 48).  A report and recommendation will be issued by the court on the Motion to Dismiss in due course.  Furthermore, no discovery shall be conducted by the parties without court order until after the Rule 16 Conference is held.

Date: April 8, 2009