**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  08-cv-02209-REB-MJW

TROY A. SHORT,

    Plaintiff,

v.

CAPTAIN A. J. TRUJILLO,
LIEUTENANT CORY BURKET, and
LIEUTENANT JAMES MAESTAS,

    Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are the magistrate judge's **Recommendations on Defendants' Motion To Dismiss (Docket No. 48) and Plaintiff's Motion To Add Sergeant Shad Draper as a Defendant (Docket No. 52)** [#68], filed July 10, 2009.  No objections having been filed to the recommendations, I review them only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1]  Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendations should be approved and adopted.[2]

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.

[2] Although the magistrate judge's substantive discussion recommends dismissing plaintiff's first claim for relief (***see*** **Recommendations** at 13-14), that recommendation does not appear in the ultimate articulation of the magistrate judge's conclusions (***see id***. at 23).  Nevertheless, because it appears clear

**THEREFORE, IT IS ORDERED** as follows:

1. That the magistrate judge's **Recommendations on Defendants' Motion To Dismiss (Docket No. 48) and Plaintiff's Motion To Add Sergeant Shad Draper as a Defendant (Docket No. 52)** [#68], filed July 10, 2009, are **APPROVED AND ADOPTED** as orders of this court;

2. That defendants' **Motion To Dismiss** [#48], filed February 2, 2009, is **GRANTED IN PART** and **DENIED IN PART**;

3. That the motion to dismiss [#48] is **GRANTED** with respect to plaintiff's Claim One, which claim is **DISMISSED WITH PREJUDICE**;

4. That the motion to dismiss [#48] is **GRANTED** further with respect to plaintiff's claims against defendant, Aristedes W. Zavaras, and those claims are **DISMISSED WITH PREJUDICE**;

5. That defendant, Aristedes W. Zavaras, is **DROPPED** as a named party defendant to this action, and the case caption is **AMENDED** accordingly;

6. That in all other respects, the motion to dismiss is **DENIED**;

7. That plaintiff's **Motion To Add Sergeant Shad Draper as Defendant** [#52], filed February 12, 2009, is **GRANTED IN PART** and **DENIED IN PART**;

8. That plaintiff's motion to amend the complaint [#52] is **GRANTED** insofar as plaintiff seeks to join and include Shad Draper as a party defendant and to assert a claim against Draper for his alleged failure to act on plaintiff's allegation that another

---

that the magistrate judge intended to recommend dismissal of Claim One, and that recommendation is justified by the facts and law, I will dismiss that claim as well.

inmate had broken into his locker box and shown to other inmates a letter demonstrating plaintiff's cooperation with the Fremont County, Colorado, Sheriff's Office in their investigation of a plot to escape the Fremont County Jail and murder two drug enforcement agents, as set forth in plaintiff's motion to amend [#52] ¶ 2 at 1;

9.  That plaintiff **SHALL FILE** an amended complaint in accordance with this **Order Adopting Recommendations of the United States Magistrate Judge** on or before **September 11, 2009**; and

10.  That in all other respects, plaintiff's motion to amend [#52] is **DENIED**.

Dated August 10, 2009, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge