IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02209-REB-MJW

TROY A.  SHORT,

Plaintiff,

v.

CAPTAIN A.  J.  TRUJILLO, et al

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

  The Declaration of Plaintiff (Docket No. 76) was docketed as a motion.  It does not appear, however, as though plaintiff is seeking any relief from this court in that document.  Therefore, to the extent that the Declaration is construed as a motion, it is hereby

  ORDERED that the Declaration of Plaintiff (Docket No. 76) is denied inasmuch as plaintiff does not seek relief from the court in that document.

Date: September 2, 2009