IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02209-REB-MJW

TROY A.  SHORT,

Plaintiff,

v.

CAPTAIN A.  J.  TRUJILLO, et al

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that Defendants' Motion to Strike Amended Complaint (docket no. 74) is GRANTED.  The Pro Se Incarcerated Plaintiff has failed to comply with Judge Blackburn's Order (docket no. 70) because although the Amended Complaint lists Captain A.J. Trujillo, et al. in the caption, the Pro Se Incarcerated Plaintiff only provides allegations of the incident involving Defendant Draper.

It is FURTHER ORDERED that the Pro Se Incarcerated Plaintiff shall file with the court on or before September 18, 2009 either: (1) a new Second Amended Complaint consistent with Judge Blackburn's Order (docket no. 70), or (2) inform this court whether he intends on proceeding with the Amended Complaint (docket no. 71) as the operative pleading in this case

Date: September 4, 2009