IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02209-REB-MJW

TROY A. SHORT,

Plaintiff,

v.

CAPTAIN A.J. TRUIJILLO,
LIEUTENANT CORY BURKET, and
LIEUTENANT JAMES MAESTAS,

Defendants.

---

## ORDER VACATING SETTLEMENT CONFERENCE
(Docket No. 122)

---

THIS MATTER comes before the Court on the Parties' Stipulated Motion to Vacate Settlement Conference (Docket No. 122).

IT IS ORDERED that the motion is GRANTED and the Settlement Conference currently set for January 21, 2011 at 1:00pm is hereby VACATED. The Parties shall contact the Court to set a date for a settlement conference if the parties feel that a settlement conference would be beneficial.

DATED: January 13, 2011

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO