IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02209-REB-MJW

TROY A. SHORT,

Plaintiff,

v.

CAPTAIN A.J. TRUIJILLO,
LIEUTENANT CORY BURKET, and
LIEUTENANT JAMES MAESTAS,

Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
( Docket No. 127)

---

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to

Amend Scheduling Order.

**IT IS ORDERED** that:

Plaintiff's Unopposed Motion is **GRANTED**, and

The Scheduling Order is hereby amended. The pretrial deadlines in Section 8 of

the Scheduling Order are extended as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(a)(2) Initial Disclosures | March 7, 2011 |
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures | March 28, 2011 |
| Discovery Cut-off | April 21, 2011 |
| Dispositive Motion deadline | May 16, 2011 |

All other deadlines shall remain the same.

Dated this 14th day of February 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO