IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02209-REB-MJW

TROY A. SHORT,

Plaintiff,

v.

CAPTAIN A.J. TRUIJILLO,
LIEUTENANT CORY BURKET, and
LIEUTENANT JAMES MAESTAS,

Defendants.

---

## ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER
( Docket No. 132 )

---

THIS MATTER comes before the Court on the Parties' Stipulated Unopposed

Motion to Amend Scheduling Order.

**IT IS ORDERED** that:

the Stipulated Motion is **GRANTED**, and

The Scheduling Order is hereby amended.  The pretrial deadlines in Section 8 of

the Scheduling Order are extended as follows:

| | |
|---|---|
| Fed. R. Civ. P. 26(a)(2) Rebuttal Disclosures | April 11, 2011 |
| Discovery Cut-off | May 27, 2011 |
| Dispositive Motion deadline | June 24, 2011 |

The Final Pretrial Conference currently set for June 24, 2011 is hereby vacated

and reset ~~for thirty days after the dispositive motion deadline~~ To August 15, 2011 at 8:30 a.m.  All other deadlines shall

remain the same.  Proposed Final Pretrial Order is Due August 9, 2011.

1

Dated this __5TH__ day of April, 2011.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2

08-CV-02209-REB-MJW (DN132)